UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY PHILLIPS,

                     Plaintiff,

-v-

LONG ISLAND RAILROAD COMPANY,

                     Defendant.

19-CV-11530 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Given that the plaintiff and the defendant's headquarters are apparently based in the Eastern District of New York, and the events at issue allegedly took place in the Eastern District, Plaintiff shall, on or before January 9, 2020, show cause why this action should not be dismissed or transferred to the Eastern District.  *See* 28 U.S.C. § 1391(b), (d).

    SO ORDERED.

Dated: December 23, 2019
       New York, New York

                                                      J. PAUL OETKEN
                                               United States District Judge