UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY PHILLIPS,

                Plaintiff,

-v-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

19-CV-11530 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On December 23, 2019, this Court ordered Plaintiff in this matter to show cause why the action should not be dismissed or transferred to the Eastern District of New York, given that both parties are apparently based in the Eastern District and the events at issue allegedly took place there. (Dkt No. 6.) On January 2, 2020, Plaintiff responded to the order and consented to the transfer of matter to the Eastern District. Accordingly, and pursuant to 28 U.S.C. § 1404, the Clerk of Court is directed to transfer this action to the Eastern District of New York.

    SO ORDERED.

Dated: January 3, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge